UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY R. WEISS,

               Plaintiff,

     v.

THE SOVEREIGN NATION OF AFGHANISTAN,

               Defendant.

Case No.  23-cv-02827-HSG

**ORDER DIRECTING SERVICE**

     The Court **DIRECTS** Plaintiff to serve the Afghan embassy in Ottawa, Canada with a copy of the complaint (Dkt. No. 1) at the same time Plaintiff serves the joint motion for entry of stipulated order for civil monetary judgment discussed at the case management conference.

     **IT IS SO ORDERED.**

Dated:   6/30/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge